# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**COLONIAL SAVINGS, F.A.,**

        Plaintiff,

  -vs-                                       Case No. 13-C-57

**TIMOTHY GENS, LAURA GENS,**

        Defendants.

## DECISION AND ORDER

The Court remanded this case to state court on January 22. The defendants move for reconsideration, but section 1447(d) of title 28 "strips the district court of jurisdiction to reconsider an order of remand issued by it." *Midlock v. Apple Vacations West, Inc.*, 406 F.3d 453, 457 (7th Cir. 2005). Therefore, the defendants' motion [ECF No. 8] is **DENIED**.

In the remand order, the Court also found that Colonial Savings was entitled to costs and attorney's fees because the defendants lacked an objectively reasonable basis for removal. Colonial Savings now requests an order awarding $776.00 under section 1447(c), title 28. This motion [ECF No. 6] is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 26th day of February, 2013.

                                                            BY THE COURT:

                                                            _____
                                                            HON. RUDOLPH T. RANDA
                                                            **U.S. District Judge**